# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANA MARIA HERNANDEZ ROMERO, : CIVIL ACTION
:
    Plaintiff, :
:
    v. :
:
MICHAEL J. ASTRUE, :
COMMISSIONER OF SOCIAL SECURITY, : NO. 09-139
    Defendant :

## ORDER

AND NOW, this 13th day of November, 2009, upon consideration of the Plaintiff's Request for Review, Defendant's Response to the Request for Review and Motion to Remand, and Plaintiff's Reply, and after careful review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo (Docket No. 17), to which no objections were filed, it is ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Defendant Commissioner's Motion to Remand is GRANTED, and Plaintiff's request for relief is GRANTED insofar as Plaintiff requests a remand for a proper evaluation of the evidence.

3. The final decision of the Commissioner shall be REVERSED and the case shall be REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

4. The Clerk of Court shall mark this case CLOSED for all purposes, including

statistics.

BY THE COURT:


S/Gene E.K. Pratter
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE